IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MANUEL ALANIZ OROPEZA,<br>ID # 27264-180,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SEAGOVILLE FCI, ET AL.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 3:22-CV-2248-C-BK |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's claims should be DISMISSED without prejudice for failure to comply with a court order. Plaintiff failed to file timely objections.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's claims in the above-styled and -numbered civil action are

**DISMISSED** WITHOUT PREJUDICE for failure to comply with a court order and for lack of prosecution. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated this 17th day of January, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE